# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Glen Franklin Herrold<br>DOB: 1981; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-01417MJ |

**Complaint for violation of Title 18 United States Code § 2250(a)**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning on or about February 11, 2020 to November 16, 2020, in the District of Arizona, the defendant, Glen Franklin HERROLD, a person required to register under the Sex Offender Registration and Notification Act, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, after relocating and traveling in interstate commerce from California to Arizona.

All in violation of Title 18, United States Code, Section 2250(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 25, 2001, Glen Franklin HERROLD was convicted in Superior Court of California, Kern County, California, for Lewd or Lascivious Acts with a Child under the Age of 14 in violation of California Penal Code 261.5 (D). As a result of this conviction, he is required to register as a sex offender pursuant to the Sex Offender Registration and Notification Act. HERROLD last registered in the State of California on June 5, 2019 listing an address on El Tejon Avenue, in Bakersfield, CA.

On November 16, 2020, HERROLD was arrested by federal law enforcement officers in the District of Arizona on an unrelated matter. During the course of their investigation, law enforcement learned of HERROLD's prior conviction for Lewd or Lascivious Acts with a Child under the Age of 14 and his requirement to register as a sex offender. Further investigation revealed that on February 11, 2020, HERROLD obtained an Arizona driver's license listing his residence in Douglas, AZ. The defendant's wife lives at the same address in Douglas, AZ. The defendant also was arrested in the District of Arizona by state authorities on October 31, 2020.

As of November 16, 2020, HERROLD had not registered as a sex offender in the State of Arizona.

Based on the forgoing, probable cause exists to find HERROLD did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, after relocating and traveling in interstate commerce from California to Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

REQUEST DETENTION

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

ANGELA MARTINEZ
Digitally signed by ANGELA MARTINEZ
Date: 2021.02.12 10:33:28 -07'00'

AUTHORIZED BY:   AUSA Angela M. Martinez

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE
Deputy U.S. Marshal

Sworn to before me telephonically.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
2/12/2021

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54